IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-CR-159-WKW |
| | ) | [WO] |
| DAVID GADSDEN | ) | |

## ORDER

Before the court are Defendant's *pro se* Notice, which the court construes as a motion for free copies (Doc. # 245), and *pro se* Motion to Vacate or Set Aside the Court's Recent Order Denying Compassionate Release (Doc. # 247). After careful review of the record, it is ORDERED as follows:

(1) Defendant's *pro se* Motion for Free Copies (Doc. # 245) is GRANTED. The Clerk of the Court is DIRECTED to mail a copy of the Government's Response to Show Cause Order (Doc. # 234) to Defendant's address on file with the court; and

(2) Defendant's *pro se* Motion to Vacate or Set Aside (Doc. # 247) is DENIED.

DONE this 6th day of October, 2020.

              /s/ W. Keith Watkins
              UNITED STATES DISTRICT JUDGE